### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:24−cr−00638

Adrian San Juan

---

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  6/25/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: June 9, 2026

Nathan Ochsner, Clerk
by A. Rivera , Deputy Clerk