**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO.:** |
| | § | |
| | § | **4:24-CR-00638** |
| | § | |
| **v** | § | |
| | § | |
| | § | |
| **ADRIAN SAN JUAN** | § | |

**DEFENDANT ADRIAN SAN JUAN'S**
**UNOPPOSED MOTION FOR CONTINUANCE**
**AND NEW SCHEDULING ORDER**

**TO THE HONORABLE JUDGE OF THIS COURT:**

**COMES NOW** Adrian Jan Juan, by and through his attorney of record, who respectfully requests that this Honorable Court CONTINUE San Juan's trial and pretrial conference and issue a new scheduling order. Good reasons exist for this Motion, as stated:

1. Adrian San Juan was scheduled to accept a plea in this matter.

2. At this point in time, San Juan is not certain if he wishes to proceed with the plea or move to trial.

3. Undersigned counsel is working with his client to determine which course of action San Juan wishes to take

4. Undersigned counsel spoke with the Assistant United States Attorney on this matter who has no objections to continuing this matter to see if this matter can be settled.

5. As such, undersigned counsel respectfully requests a new trial/pretrial date and a new scheduling order on this matter.

6. Undersigned counsel spoke with the US Attorney on this matter who informed him that he was UNOPPOSED to this Motion.

## CONCLUSION AND PRAYER

For the above-stated reasons, therefore, undersigned counsel respectfully request a new docket control order be issued and that this case be continued.

Respectfully submitted:

THE TAUSK LAW FIRM

/s/ Gene P. Tausk
Gene P. Tausk
FED ID: 22203
TBN: 24003035
6525 Washington
Houston, TX  77007
(713) 429-5476
(713) 490-3150 (fax)
gene@tausklawfirm.com

ATTORNEYS FOR DEFENDANT
ADRIAN SAN JUAN

## **CERTIFICATE OF CONFERENCE**

I state that I spoke with the Assistant U.S. Attorney on this matter on July 15, 2026.  The Government is UNOPPOSED to this Motion.

/s/ Gene P. Tausk
Gene P. Tausk

## **CERTIFICATE OF SERVICE**

I state that a true and correct copy of this Motion was served on all attorneys of record in this matter by and through the PACER system on July 15, 2026.

/s/ Gene P. Tausk
Gene P. Tausk