**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO.:** |
| | § | |
| | § | **4:24-CR-00638** |
| **v** | § | |
| | § | |
| | § | |
| **ADRIAN SAN JUAN** | § | |

**ORDER ON**
**DEFENDANT ADRIAN SAN JUAN'S**
**UNOPPOSED MOTION FOR CONTINUANCE**
**AND NEW SCHEDULING ORDER**

ON THIS, the _____ of _____, 2026, was heard Adrian San Juan's Motion for Continuance and New Scheduling Order.  This Motion is:

GRANTED/DENIED

_____
Hon. Keith Ellison
United States District Judge
Southern District of Texas
Houston Division