**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO.:** |
| | § | |
| | § | **4:24-CR-00638** |
| **v** | § | |
| | § | |
| **ADRIAN SAN JUAN** | § | |

**DEFENDANT ADRIAN SAN JUAN'S**
**MOTION FOR CONTINUANCE**

**TO THE HONORABLE JUDGE OF THIS COURT:**

**COMES NOW** Adrian Jan Juan, by and through his attorney of record, who respectfully requests that this Honorable Court CONTINUE San Juan's Rearraignment. Good reasons exist for this Motion, as stated:

1. This case is set for a pretrial conference on or about September 23, 2026, and for trial on or about September 28, 2026.
2. Undersigned counsel is still working with his client to see if his client wishes to accept the plea offer from the Government
3. Undersigned counsel needs the time to meet with his client and obtain his client's position where he stands concerning the plea.
4. It is believed by undersigned counsel that a plea agreement can be worked out between the parties.
5. Obviously, if a plea is accepted, this will mean greater judicial efficiency.

6. As such, undersigned counsel respectfully requests a 30-day continuance in this matter.
7. Undersigned counsel spoke with the US Attorney on this matter who informed him that he was UNOPPOSED to this Motion.

**CONCLUSION AND PRAYER**

For the above-stated reasons, therefore, undersigned counsel respectfully request a 30-day continuance in this matter.

Respectfully submitted:

THE TAUSK LAW FIRM

/s/ Gene P. Tausk
Gene P. Tausk
FED ID: 22203
TBN: 24003035
6525 Washington
Houston, TX 77007
(713) 429-5476
(713) 490-3150 (fax)
gene@tausklawfirm.com

ATTORNEYS FOR DEFENDANT
ADRIAN SAN JUAN

## CERTIFICATE OF CONFERENCE

I state that I spoke with the Assistant U.S. Attorney on this matter on September 21, 2026. The Government is UNOPPOSED to this Motion.

/s/ Gene P. Tausk
Gene P. Tausk

## CERTIFICATE OF SERVICE

I state that a true and correct copy of this Motion was served on all attorneys of record in this matter by and through the PACER system on September 21, 2026.

/s/ Gene P. Tausk
Gene P. Tausk