**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:24−cr−00638

Adrian San Juan

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/13/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: October 29, 2026

Nathan Ochsner, Clerk
by A. Rivera , Deputy Clerk