**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:24−cr−00638

Adrian San Juan

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Adrian San Juan as set forth below.**

**Before the Honorable Keith P Ellison**

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/13/2026

**TIME:** 11:45 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

---

Date: November 12, 2026 Nathan Ochsner, Clerk
by A. Rivera , Deputy Clerk