UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

HOUSTON DIVISION

UNITED STATES OF AMERICA, §
§
§
-v.- § CRIM. NO. H-24-CR-638-1
§
ADRIAN SAN JUAN §
§

**ORDER FOR PSI, DISCLOSURE DATE, AND SETTING SENTENCING**

The defendant having pled guilty as to count 2 of the indictment, it is **ORDERED** that a presentence report be prepared and that:

1. By December 18, 2026, the initial presentence report will be disclosed to counsel. (Approximately 35 days after determination of guilt.)

2. By January 4, 2027_____, counsel shall file either:
   (14 days after disclosure date)

   a. Objections in writing to the facts of the offense and application of the sentencing guidelines; or

   b. A statement signed by counsel for the government and defense as well as the defendant, if there is no objection;

3. By January 15, 2027 probation officer shall submit to the judge the final presentence report with an addendum addressing any unresolved issues.
   (14 days after time for objections)

4. Sentencing is set for _January 29, 2027_, at __11:00______ A.M.
   (10 days after objections date, but no sooner than 35 days from initial disclosure date)

5. Counsel must immediately notify the U. S. Probation Office to request to be present at interviews conducted by the probation officer, followed by written notice to the probation office within 5 days.

6. The defendant shall comply with instructions on the reverse side of this order.

Signed and entered this_13th_________ day of November_____2026.

[signature]

Keith P. Ellison
United States District Judge

cc: U.S. Probation
AUSA ____________
Defense Counsel_________
Defendant: